AARON D. FORD
  Attorney General
KYLE L. HILL (Bar No. 16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel. Nevada Department of Corrections, Christopher Herzog, William Miller, Brian Williams, Krista Harris, and Fernandeis Frazier*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No.  3:23-cv-00261-ART-CSD<br><br>ORDER GRANTING<br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

Defendants, State of Nevada ex rel. Nevada Department of Corrections, Christopher Herzog, William Miller, Brian Williams, Krista Harris, and Fernandeis Frazier, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General, hereby move this Court for an extension of time to file a Motion for Summary Judgment. This is the first request to extend the subject deadline.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.     FACTUAL ANALYSIS

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender, James Scott (Scott). On February 19, 2025, this Court set the deadline for dispositive motions for September 17, 2025. ECF No. 21 at 7.

On August 24, 2025, the State of Nevada suffered a massive cyber-attack on its computer systems. As a result of this attack, Defendants received a 30-day extension to October 17, 2025. ECF No. 23.

On September 30, 2025, undersigned counsel was in a car accident. Undersigned counsel has missed work due to various medical appointments. As a result of this accident and an increased workload from systems being restored following the cyber-attack, counsel is not prepared to submit the Motion for Summary Judgment in this matter at this time.

Defendants therefore request an extension of 14 days to file their Motion for Summary Judgment. Defendants anticipate no further extensions will be necessary barring any additional emergencies.

## II.  ARGUMENT

Defense counsel respectfully requests a fourteen (14) day extension of time to file their Motion for Summary Judgment from the current deadline of October 17, 2025, until October 31, 2025. Counsel asserts the necessary good cause is present due to the recent cyber-attack and undersigned counsel's recent car accident.

Defendants request an additional fourteen (14) days to finalize and submit this motion and anticipate no further extensions requests will be necessary, barring any additional emergencies.

**A.  Current Deadlines**

Dispositive Motion Deadline:            October 17, 2025

Joint Pre Trial Order:            November 17, 2025[1]

**B.  Proposed Deadlines**

Dispositive Motion Deadline:            October 31, 2025

Joint Pre Trial Order:            December 1, 2025[2]

///

---

[1] As the 30th day falls on Sunday, November 16, 2025, the proposed deadline was adjusted accordingly.

[2] As the 30th day falls on Sunday, November 30, 2025, the proposed deadline was adjusted accordingly.

### C. Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Defense Counsel needs additional time due to the ongoing network outage currently experienced by several State of Nevada agencies, including the Office of the Attorney General.

## III. CONCLUSION

Defendants respectfully request this Court extend the deadline for filing their Motion for Summary Judgment. Defendants assert the requisite good cause is present to warrant an extension of time. Therefore, the Defendants request additional time, up until **October 31, 2025**, to file their Motion for Summary Judgment.

DATED this 17th day of October, 2025.

AARON D. FORD
Attorney General

By: */s/ Kyle L. Hill*
KYLE L. HILL, Bar No. 16094
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: October 17, 2025.

_____
Craig S. Denney
United States Magistrate Judge