# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

    Plaintiff

v.

HARRIS, et al.,

    Defendants

Case No.: 3:23-cv-00261-ART-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

On September 18, 2025, the court granted Defendants' motion to extend the dispositive motions deadline. (ECF No. 23.) On October 17, 2025, Defendants moved, and the court granted their motion for another extension to file their dispositive motion. (ECF Nos. 24, 25.) Defendants filed their motion for summary judgment on October 30, 2025. (ECF No. 26.) The court issued its *Klingele* order regarding the requirements for opposing a motion for summary judgment motion on October 31, 2025. (ECF No. 27.) On December 16, 2025, the court's September 18, 2025, order granting the first request for an extension of the dispositive motions deadline was returned as undeliverable as addressed to Plaintiff. (ECF No. 28.)

To date, Plaintiff has not filed a response to the motion for summary judgment, updated his contact information, or otherwise indicated an intent to prosecute this action.

///

///

///

1      Plaintiff shall file a notice of change of address as well as his response to Defendants'
2 motion for summary judgment within **14 days** of the date of this Order.
3      A failure to comply with this Order may result in dismissal of the action or other sanction
4 deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: December 17, 2025

                                                                      _____
                                                                      Craig S. Denney
                                                                       United States Magistrate Judge