UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III, | Case No. 3:23-cv-00261-ART-CSD |
| Plaintiff, | ORDER |
| v. | |
| HARRIS, *et al.*, | |
| Defendants. | |

Mr. Scott asserts a claim under the ADA and RA against Defendants State of Nevada ex rel. Nevada Department of Corrections, Christopher Herzog, Lieutenant Miller, William, Caseworker Harris, and Frenandeis Frazier ("Defendants") for failing to accommodate his kidney disease during disciplinary proceedings. (ECF No. 10.)

Before the Court is Defendant's Motion for Summary Judgment (ECF No. 26). Mr. Scott did not respond. On December 16, 2025, an Order granting a Motion to Extend Time (ECF No. 22) was returned as undeliverable (ECF No. 28.) United States Magistrate Judge Craig S. Denney issued an order requiring Mr. Scott to update his address and respond to the Motion for Summary Judgment by December 31, 2025. (ECF No. 29.) On January 12, 2026, Judge Denney issued a Report and Recommendation ("R&R") dismissing the action without prejudice for Mr. Scott's failure to update his address. (ECF No. 31.) The R&R was returned as undeliverable on January 30, 2026. (ECF No. 33.) On February 2, 2026, Mr. Scott updated his address, but did not respond to the Motion for Summary Judgment nor the R&R. (ECF No. 34.)

The Court will grant Mr. Scott two weeks, until February 24, 2026, to object to the R&R and respond to the merits of the Motion for Summary Judgment.

1

Dated this 10th day of February, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE